NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROY W. BRUCE, JR., and ALICE BRUCE,  )
                                       )
          Appellants,  )
                                       )
v.  )   Case No.  2D17-531
                                       )
U.S. BANK NATIONAL ASSOCIATION,  )
as Trustee, successor by merger to  )
LaSalle Bank, National Association  )
Trustee for Washington Mutual Asset-  )
Backed Certificates WMABS Series  )
2006-HE3 T,  )
                                       )
          Appellee.  )
_____ )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Roy W. Bruce, Jr., and Alice Bruce, pro se.

Allison Morat and Teris A. McGovern of
Pearson Bitman LLP, Maitland, for
Appellee.

SLEET, Judge.

          Roy W. Bruce, Jr., and Alice Bruce challenge the trial court's nonfinal

order denying Mr. Bruce's motion to quash service against him individually in the

foreclosure action brought by U.S. Bank National Association against the Bruces

individually and in their capacities as trustees of the Roy W. Bruce, Jr., and Alice M.

Bruce Revocable Living Trust dated December 2011. We affirm the trial court's order as to Mr. Bruce without further comment. We dismiss this appeal as to Mrs. Bruce because the order on appeal denied a motion brought only by Mr. Bruce. Thus the order did not affect her, and she does not have standing to challenge it on appeal. See generally Hayes v. Guardianship of Thompson, 952 So. 2d 498, 505 (Fla. 2006) ("Standing is a legal concept that requires a would-be litigant to demonstrate that he or she reasonably expects to be affected by the outcome of the proceedings, either directly or indirectly."); cf. Ghali v. Smith, 575 So. 2d 1386, 1386 (Fla. 3d DCA 1991) ("[Appellant] lacks the requisite standing to appeal the denial of a nonparty's motion to quash substitute service of process.").

Affirmed in part; dismissed in part.

KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.